USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/29/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

David Keith,

Defendant.

15-cr-827 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court is in receipt of Defendant's motion to correct a clerical error in the Amended

Judgment in the above-captioned case pursuant to Rule 36 of the Federal Rules of Criminal

Procedure.  *See* Dkt. No. 128.[1]  As of the date of this Order, the Government has not responded

to the motion.  The Government shall file a response by July 10, 2020.  Defendant may file a

reply by August 28, 2020.

The Clerk of Court is directed to mail this Order to Defendant and note that mailing on

the public docket.

SO ORDERED.

Dated: June 29, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

---

[1] Dkt. No. 127 appears to be an unsigned duplicate of this motion.