Case 1:15-cr-00827-AJN   Document 132   Filed 07/08/20   Page

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/8/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

David Keith,

Defendant.

15-cr-827 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On May 1, 2020, the Court received the Defendant's motion to correct a clerical error in the Amended Judgment in the above-captioned case. See Dkt. No. 128. There, the Defendant requested that a copy of the Amended Judgment, Dkt. No. 123, be sent to him. The Clerk of Court is hereby directed to mail a copy of the Amended Judgment, Dkt. No. 123, to Defendant and to note that mailing on the public docket.

SO ORDERED.

Dated: July 8, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge