USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/5/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

David Keith,

Defendant.

15-cr-827 (AJN)
20-cv-4410 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Mr. Keith's request for an extension of time, Dkt. No. 140, is hereby GRANTED. In his letter, Mr. Keith requested that the Court extend the deadline until June 2021 as a result of the circumstances caused by the COVID-19 pandemic. Accordingly, the Court hereby EXTENDS Mr. Keith's deadline to respond to the Government's opposition to June 14, 2021.

    The Clerk of Court is hereby directed to mail a copy of this Order to Mr. Keith and to note that mailing on the public docket.

    SO ORDERED.

Dated: January 5, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge