UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

David Keith,

           Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/17/21

15-cr-827 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On June 2, 2021, the Court granted Mr. Keith an extension of time until July 30, 2021, to file his reply to the Government's opposition to his 28 U.S.C. § 2255 motion. Dkt. No. 143. The Court is not in receipt of Mr. Keith's reply. If the Court does not receive Mr. Keith's reply by October 8, 2021, it will consider the motion fully briefed.

    The Clerk of Court is hereby directed to mail a copy of this Order to Mr. Keith and to note that mailing on the public docket.

    SO ORDERED.

Dated: August 17, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge