UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States,<br><br>–against–<br><br>David Keith,<br><br>Defendant. | 15-cr-827 (AJN) |
| David Keith,<br><br>Movant,<br><br>–against–<br><br>United States,<br><br>Respondent. | 25-cv-3298 (AJN)<br><br>ORDER TO ANSWER |

ALISON J. NATHAN, Circuit Judge, sitting by designation:

    Before the Court is *pro se* Movant David Keith's motion to vacate an order denying his 28 U.S.C. § 2255 petition. The Court hereby ORDERS that:

    The Clerk of Court shall electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

    Within sixty days of the date of this order, the U.S. Attorney's Office shall file an answer or other pleadings in response to the motion. Movant shall have thirty days from the date on which Movant is served with Respondent's answer to file a response. Absent further order, the motion will be considered fully submitted as of that date.

1

2

    All further papers filed or submitted for filing must include the instant docket number (25-cv-3298), the criminal docket number (15-cr-827-AJN-1), as well as the related civil case docket number (20-cv-04410).

    The Clerk of Court is further directed to mail a copy of this Order to Movant.

    SO ORDERED.

Dated: April 25, 2025
      New York, New York

_____
ALISON J. NATHAN
United States Circuit Judge,
sitting by designation

2