UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| David Keith,<br><br>                      Movant,<br><br>              –against–<br><br>United States,<br><br>                    Respondent. | 25-cv-3298 (AJN)<br>20-cv-4410 (AJN)<br>1:15-cr-827-AJN-1<br><br>ORDER |

ALISON J. NATHAN, Circuit Judge, sitting by designation:

    Before the Court is pro se Movant David Keith's motion for an extension of time to respond to the Government's memorandum in opposition to Movant's motion to vacate. Movant's motion for an extension of time is hereby GRANTED. Accordingly, Movant shall have thirty days from the date of this Order to file a response.

    The Clerk of Court is directed to mail a copy of this Order to Movant.

    SO ORDERED.

Dated: July 17, 2025
       New York, New York

                                              ALISON J. NATHAN
                                              United States Circuit Judge,
                                              sitting by designation