```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
                                                                :
UNITED STATES OF AMERICA,                                       :
                                                                :
                                                                :    1:15-cr-827-GHW
                    -v-                                         :
                                                                :
DAVID KEITH,                                                    :
                                                                :
                              Defendant.                        :
                                                                :
--------------------------------------------------------------- X
--------------------------------------------------------------- X
                                                                :
DAVID KEITH,                                                    :
                                                                :    1:20-cv-4410-GHW
                              Movant,                           :    1:25-cv-3298-GHW
                                                                :
                    -v-                                         :         ORDER
                                                                :
UNITED STATES OF AMERICA,                                       :
                                                                :
                              Respondent.                       :
                                                                :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/2025

GREGORY H. WOODS, United States District Judge:

On August 14, 2025, an application by Movant David Keith was docketed. Dkt. No. 158. In it, Mr. Keith requests an extension of time to file his response to the Government's memorandum in opposition to his motion to vacate, which is currently due on August 18, 2025. Mr. Keith also requests that the Court appoint him counsel in connection with his motion to vacate. Mr. Keith's request is granted in part and denied in part.

Mr. Keith's request that the Court appoint him counsel at this time is denied. The Criminal Justice Act (the "CJA"), 18 U.S.C. § 3006A, specifies that appointed counsel shall represent a defendant "at every stage of the proceedings from his initial appearance before the United States magistrate judge or the court through appeal, including ancillary matters appropriate to the proceedings." 18 U.S.C. § 3066A(c). While under some circumstances the Court is required, or has

the discretion, to appoint counsel in connection with a habeas corpus proceeding, the Court has found no basis to appoint counsel for the defendant at this time. The Court will evaluate whether the appointment of counsel is required after the motion to vacate is fully briefed. *See* Rule 8(c) of the Rules Governing Section 2255 Proceedings.

The Court extends Mr. Keith's time to file a response to the Government's opposition to September 16, 2025. If Mr. Keith does not file a response by that date, the Court will rule on his motion as fully briefed.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

The Clerk of Court is directed to mail a copy of this order to Mr. Keith at Federal Correctional Institution, Fairton, P.O. Box 480, Fairton, New Jersey 08320. The Clerk of Court is further directed to update the address for Mr. Keith on the docket so that it reflects this address. Mr. Keith is advised that he is responsible for notifying the Court of any change of address and that if he fails to do so, he will be deemed to have received correspondence mailed to the last address that he provided to the Court.

SO ORDERED.

Dated: August 15, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge